IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-351-F-9

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TERESA DARDEN | ) |

This matter is before the court on Defendant Teresa Darden's letter motion [DE-515]. In her motion, the defendant requests that the court allow her to appeal her sentence. The undersigned judge sentenced the defendant on January 9, 2014. As part of the judgment, the court advised the defendant that "[w]ith few exceptions, any notice of appeal must be filed within 14 days of judgment being entered on the docket in your case. . . . If you wish to appeal your conviction or sentence, you are advised to so notify your attorney in writing immediately upon your election." The defendant brings her present motion nearly 10 months after her filing deadline expired and does not argue that any exception to the filing deadline should apply. The defendant is again advised to contact her attorney should she wish to appeal her sentence or conviction. The defendant is further advised that a motion to appeal will be allowed only if an exception applies to the filing deadline.

SO ORDERED.

This, the 1st day of December, 2014.

_____
JAMES C. FOX
Senior United States District Judge